C.A. NO. - 4:09-342  
Chuck Berry Collington #17034-\[?\]  
E-1, 222  
Irwin County Detention Center  
132 Cotton Drive  
Ocilla, GA 31774

6-14-10

RECEIVED  
FLORENCE, SC  
2010 JUN 17 A 11:32

Cc: Honorable Judge Harwell  
United States Court House  
Florence, South Carolina

Dear Honorable Judge Harwell,

I would like to request a new lawyer be added to my case because I am ready to start my appeal. One of the grounds I will be filing on is ineffected assistance, therefore I will need a new counsel appointed to my case. I appreciate your help in clearing this matter up.

Thank You,

Chuck Collington